

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

04-24-00526-CR

Alfred Fabian **FARIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court Nos. 731782
Honorable Mary Roman, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 16, 2025.

_H. Todd McCray_
H. Todd McCray, Justice